# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLARD BALUYOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-000434-TWP-MG |
| ) | |
| ONE SOLUTION LOGISTICS OF ) | |
| INDIANA, INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court now enters **FINAL JUDGMENT**. The case is **dismissed with prejudice**, and this action is **TERMINATED**.

Dated: 4/27/2022

Roger A.G. Sharpe, Clerk of Court

By: _____
      Deputy Clerk

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER LLC (Indianapolis)
ad@bdlegal.com

Janay M. Stevens
VORYS SATER SEYMOUR AND PEASE LLP
jmstevens@vorys.com

Ryan William Sullivan
BIESECKER DUTKANYCH & MACER LLC (Indianapolis)
rsullivan@bdlegal.com

Jonathan R. Vaughn
VORYS, SATER, SEYMOUR & PEASE
jrvaughn@vorys.com

Philip R. Zimmerly
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pzimmerly@boselaw.com